Nia ANDALIA, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–71657.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.[*]

Filed June 22, 2011.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Albert C. Lum, Sr., Esquire, Law Office of Albert C. Lum, Pasadena, CA, for Petitioner.

David V. Bernal, Jeffery R. Leist, Yanal H. Yousef, U.S. Department of Justice, Washington, DC, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

## MEMORANDUM \*\*

Nia Andalia, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence factual findings, *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir.2009), and we deny the petition for review.

■■■ Substantial evidence supports the BIA's finding that the threats to Andalia's family did not rise to the level of past persecution. *See Mendez–Gutierrez v. Ashcroft*, 340 F.3d 865, 870 n. 6 (9th Cir. 2003) ("unspecified threats" received by Mexican national not "sufficiently menacing to constitute past persecution"). In addition, the record does not compel the conclusion that Andalia has demonstrated a well-founded fear of future persecution. *See Nagoulko v. INS*, 333 F.3d 1012, 1018 (9th Cir.2003) (petitioner's claims "too speculative to be credited as a basis for fear of future persecution"). Accordingly, Andalia failed to establish eligibility for asylum.

■■■ Further, because Andalia failed to meet the lower burden of proof for asylum, her claim for withholding of removal nec-

\*\* This disposition is not appropriate for publication and is not precedent except as provid-

ed by 9th Cir. R. 36–3.

essarily fails. *See Zehatye v. Gonzales,* 453 F.3d 1182, 1190 (9th Cir.2006).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.